**COM.**

v.

**THOMAS, D.**

**1730 MDA 2016**

Superior Court of Pennsylvania.

09/15/2017

CP–01–CR–0000557–2016 (Adams)

Affirmed

■

**NEWTON, M.**

v.

**BENJAMIN, R.**

**1888 MDA 2016**

Superior Court of Pennsylvania.

09/15/2017

13–CV–748

(Union)

Affirmed

■

**COM.**

v.

**KONETSCO, M.**

**2068 MDA 2016**

Superior Court of Pennsylvania.

09/15/2017

CP–21–CR–0000046–2014 (Cumberland)

Affirmed

■

**COM.**

v.

**GARCIA, A.**

**2112 MDA 2016**

Superior Court of Pennsylvania.

09/15/2017

CP–29–CR–0000018–2016

(Fulton)

Affirmed

■

**COM.**

v.

**CRUZ–VENTURA, F.**

**73 MDA 2017**

Superior Court of Pennsylvania.

09/15/2017

CP–36–CR–0000545–2000,    CP–36–CR–0001487–1999 (Lancaster)

Affirmed